UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ASHLEY GLYNN BRANCH, | Case No.: 3:22-cv-00361-MMD-CSD |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| WASHOE COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Status Report. (ECF No. 13.) Plaintiff states that "in March 2023 Plaintiff was released from Washoe County Detention Facility and left homeless." Plaintiff further states that he was re-arrested on May 4, 2023, and is currently housed at the Northern Nevada Correctional Center. (*Id.* at 2.)

On March 9, 2023, Chief District Judge Miranda M. Du issued an Order regarding Plaintiff's First Amended Complaint which stated in part:

> It is further ordered that the first amended complaint (ECF No. 4) is the operative complaint.
>
> It is further ordered that Plaintiff is allowed to proceed with his Fourth and Fourteenth Amendment claims against Defendants Butler and Rangle.
>
> It is further ordered that Defendant Washoe County Sheriff's Department is dismissed with prejudice.

>The Clerk of Court is directed to issue summonses for Defendants Sonia Butler and Deputy Rangle, and deliver the same, to the U.S. Marshal for service. The Clerk is directed to send sufficient copies of the FAC (ECF No. 4) and this order to the U.S. Marshal for service on Defendants. The Clerk is directed to send to Plaintiff two USM-285 forms. Plaintiff is given 21 days to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within 20 days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any Defendants were not served, and if Plaintiff wants service to be attempted again, he is directed to file a motion with the Court providing a more detailed name and/or address for service or indicating that some other method of service should be attempted.
>
>Plaintiff is reminded that under Fed. R. Civ. P. 4(m), service must be completed within 90 days of the date of this order. If Plaintiff requires additional time to meet any of the deadlines set by the Court, he must file a motion for extension of time under LR 1A 6-1 before the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the Court or applicable rules will be denied absent a showing of excusable neglect.

(ECF No. 8 at 2.)

A review of the court's docket reflects that Chief Judge Du's Order (ECF No. 8) was returned undeliverable as Plaintiff was no longer housed at the Washoe County Detention Center. (ECF No. 10.)

In view of the above, **IT IS HEREBY ORDERED** that the Clerk shall re-issue summonses for Defendants Sonia Butler and Deputy Rangle, and deliver the same, to the U.S. Marshal for service. The Clerk shall send sufficient copies of the First Amended Complaint (ECF No. 4) and this order to the U.S. Marshal for service on Defendants. The Clerk shall send to Plaintiff two (2) USM-285 forms. Plaintiff shall have **21 days from the date of this order** to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form at 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501. Within 20 days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been

accomplished, if any Defendants were not served, and if Plaintiff wants service to be attempted again, he is directed to file a motion with the court providing a more detailed name and/or address for service or indicating that some other method of service should be attempted.

Plaintiff is reminded that under Fed. R. Civ. P. 4(m), service must be completed within **90 days of the date of this order**. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under LR 1A 6-1 before the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

DATED: June 15, 2023.

_____
Craig S. Denney
United States Magistrate Judge